1

2   Glenn Zuckerman
    **WEITZ & LUXENBERG, PC**
3   700 Broadway
    New York, New York 10003
4   Telephone: 212-558-5000
    Facsimile: 212-344-5461
5   Attorneys for Plaintiffs

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11

12  This Document Relates to:                    )
                                                 )
13  *Donald Whitman, et al. v. Pfizer Inc*       )   **MDL NO. 1699**
    (06-1350 CRB)                                )   **District Judge:  Charles R. Breyer**
14                                               )
    *Mildred Hance v. Pfizer Inc, et al.*        )
15  (06-1718 CRB)                                )
                                                 )
16  *William Lopez, et al. v. Astra Merck, Inc., et al.* )  **STIPULATION AND ORDER OF**
    (06-2621 CRB)                                )   **DISMISSAL WITH PREJUDICE**
17                                               )
    *Rafaela Roman Velez, et al. v. Astra Merck,* )
18  *Inc., et al.*                               )
    (06-2649 CRB)                                )
19                                               )
    *Luis R. Carrion Velez, et al. v. Astra Merck,* )
20  *Inc., et al.*                               )
    (06-2658 CRB)                                )
21                                               )
    *Teresita Falcon Matos, et al. v. Astra Merck,* )
22  *Inc., et al.*                               )
    (06-2660 CRB)                                )
23                                               )
    *Ronny Maria Sanders, et al. v. Pfizer Inc*  )
24  (06-2681 CRB)                                )
                                                 )
25  *Lori Sargent et al. v. Pfizer Inc*          )
    (06-3675 CRB)                                )
26                                               )
    *James Hall, et al. v. Pfizer Inc*           )
27  (06-3676 CRB)                                )
                                                 )
28  *John Hayhurst v. Pfizer Inc, et al.*        )

                              -1-

1  (06-3758 CRB)                                          )

2  *Bill Casillas, et al. v. Pfizer Inc, et al.*          )
   (06-3958 CRB)                                          )
3                                                         )
   *Patricia Knudsen v. Pfizer Inc, et al.*               )
4  (06-4043 CRB)                                          )
                                                          )
5  *Betty Moncrief, et al. v. Pfizer Inc, et al .*        )
   (06-4100 CRB)                                          )
6                                                         )
   *Annette Edelen, et al. v. Pfizer Inc, et al.*         )
7  (06-4147 CRB)                                          )

8  *Debbie Mitchell v. Pfizer Inc, et al.*                )
   (06-4296 CRB)                                          )
9                                                         )
   *Joseph Gastaldi, et al. v. Pfizer Inc, et al.*        )
10 (06-4362 CRB)                                          )

11 *Demetrio Rubio v. Pfizer Inc, et al.*                 )
   (06-4449 CRB)                                          )
12                                                        )
   *Earlene McBride, et al. v. Pfizer Inc, et al.*        )
13 (06-4462 CRB)                                          )

14 *Louis Walkingstick, et al. v. Pfizer Inc, et al.*     )
   (6-4463 CRB)                                           )
15                                                        )
   *Virginia Thorne v. Pfizer Inc, et al.*                )
16 (06-4464 CRB)                                          )

17 *Rojelio Longoria, et al. v. Pfizer Inc, et al.*       )
   (06-4586 CRB)                                          )
18                                                        )
   *Annie White, et al. v. Pfizer Inc, et al.*            )
19 (06-4678 CRB)                                          )

20 *Martha Stevens, et al. v. Pfizer Inc, et al.*         )
   (06-4920 CRB)                                          )
21                                                        )
   *Janette Smith v. Pfizer Inc, et al.*                  )
22 (06-4977 CRB)                                          )

23 *Roselie Atkins, et al. v. Pfizer Inc, et al.*         )
   (06-5272 CRB)                                          )
24                                                        )
   *Dawna Garza v. Pfizer Inc, et al.*                    )
25 (06-5416 CRB)                                          )

26 *Ralph Adams, et al. v. Pfizer Inc, et al.*            )
   (06-5591 CRB)                                          )
27                                                        )
   *Albert Leong v. Pfizer Inc, et al.*                   )
28 (06-5666 CRB)                                          )

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

| | |
|---|---|
| *Catherine Connolly, et al. v. Pfizer Inc, et al.*<br>(06-5738 CRB) | ) |
| *Randy Masker, et al. v. Pfizer Inc, et al.*<br>(06-5739 CRB) | ) |
| *Charlie Rhome, et al. v. Pfizer Inc, et al.*<br>(06-5740 CRB) | ) |
| *Paulette Balda, et al. v. Pfizer Inc, et al.*<br>(06-5765 CRB) | ) |
| *William Halpin, et al. v. Pfizer Inc, et al.*<br>(06-5777 CRB) | ) |
| *Patricia Howard, et al. v. Pfizer Inc, et al.*<br>(06-5916 CRB) | ) |
| *Alice Ryan, et al. v. Pfizer, Inc, et al.*<br>(06-5917 CRB) | ) |
| *William Coleman, et al. v. Pfizer Inc, et al.*<br>(06-5918 CRB) | ) |
| *Monica Mittag, et al. v. Pfizer Inc, et al.*<br>(06-5919 CRB) | ) |
| *Cynthia Smith, et al. v. Pfizer Inc, et al.*<br>(06-5963 CRB) | ) |
| *John Roof v. Pfizer Inc, et al.*<br>(06-5964 CRB) | ) |
| *Lynda Jack, et al. v. Pfizer Inc, et al.*<br>(06-5965 CRB) | ) |
| *Ernest Grant v. Pfizer Inc, et al.*<br>(06-5970 CRB) | ) |
| *Alice L. Pettit, et al. v. Pfizer Inc, et al.*<br>(06-5973 CRB) | ) |
| *Wade Smith, et al. v. Pfizer Inc, et al.*<br>(06-5975 CRB) | ) |
| *Richard Gilmore, et al. v. Pfizer Inc, et al.*<br>(06-5977 CRB) | ) |
| *Sergio Estrada v. Pfizer Inc, et al.*<br>(06-5978 CRB) | ) |
| *John Vallee, et al. v. Pfizer Inc, et al.*<br>(06-5981 CRB) | ) |

-3-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\25811180.1

1   *Betty Scott, et al. v. Pfizer Inc, et al.*
    (06-5983 CRB)                                    )
2                                                    )
                                                     )
3   *Norman Hamblen, et al. v. Pfizer Inc, et al.*   )
    (06-6058 CRB)                                     )
                                                     )
4   *Dennis Johns, et al. v. Pfizer Inc, et al.*     )
    (06-6059 CRB)                                     )
5                                                    )
                                                     )
6   *Marion Walker, et al. v. Pfizer Inc, et al.*    )
    (06-6060 CRB)                                     )
                                                     )
7   *Bessie R. Jackson-Cook v. Pfizer Inc, et al.*   )
    (06-6061 CRB)                                     )
8                                                    )
                                                     )
9   *Mary Gonzales, et al. v. Pfizer Inc, et al.*    )
    (06-6062 CRB)                                     )
                                                     )
10  *Melvin Kenney, et al. v. Pfizer Inc, et al.*    )
    (06-6064 CRB)                                     )
11                                                   )
                                                     )
12  *Carol Pellini, et al. v. Pfizer Inc, et al.*    )
    (06-6065 CRB)                                     )
                                                     )
13  *Antonio Pratts v. Pfizer Inc, et al.*           )
    (06-6066 CRB)                                     )
14                                                   )
                                                     )
15  *Mark Childs v. Pfizer Inc, et al.*              )
    (06-6067 CRB)                                     )
                                                     )
16  *Mary Helen Johnson, et al. v. Pfizer Inc, et al.*  )
    (06-6068 CRB)                                     )
17                                                   )
                                                     )
18  *James E. Garver, et al. v. Pfizer Inc, et al.*  )
    (06-6070 CRB)                                     )
                                                     )
19  *Tiffany R. Noell, et al. v. Pfizer Inc, et al.* )
    (06-6071 CRB)                                     )
20                                                   )
                                                     )
21  *Beth Lehnan, et al. v. Pfizer Inc, et al.*      )
    (06-6073 CRB)                                     )
                                                     )
22  *Sharon Payne, et al. v. Pfizer Inc, et al.*     )
    (06-6075 CRB)                                     )
23                                                   )
                                                     )
24  *Nancy Harsh, et al. v. Pfizer Inc, et al.*      )
    (06-6083 CRB)                                     )
                                                     )
25  *Dennis Yeager, et al. v. Pfizer Inc, et al.*    )
    (06-6084 CRB)                                     )
26                                                   )
                                                     )
27  *Lynda Jack, et al. v. Pfizer, Inc, et al.*      )
    (06-6087 CRB)                                     )
                                                     )
28  *Fred Hardee, et al. v. Pfizer Inc, et al.*      )

-4-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EASTW2581180.1

1 | (06-6088 CRB)                                              )
2 | *Lynn Hodges, et al. v. Pfizer Inc, et al.*               )
  | (06-6089 CRB)                                              )
3 |                                                            )
  | *Willie Vaughn v. Pfizer Inc, et al.*                     )
4 | (06-6092 CRB)                                              )
  |                                                            )
5 | *Pauline Swihart, et al. v. Pfizer Inc, et al.*           )
  | (06-6093 CRB)                                              )
6 |                                                            )
  | *Douglas Horton v. Pfizer Inc, et al.*                    )
7 | (06-6094 CRB)                                              )
  |                                                            )
8 | *June N. Bell v. Pfizer Inc, et al.*                      )
  | (06-6095 CRB)                                              )
9 |                                                            )
  | *Jerry Rice, et al. v. Pfizer Inc, et al.*                )
10 | (06-6096 CRB)                                             )
  |                                                            )
11 | *Stephen Bryan, et al. v. Pfizer Inc, et al.*            )
  | (06-6097 CRB)                                              )
12 |                                                           )
  | *Steven Woods, et al. v. Pfizer Inc, et al.*              )
13 | (06-6098 CRB)                                             )
  |                                                            )
14 | *Brad Lovitt, et al. v. Pfizer Inc, et al.*              )
  | (06-6116 CRB)                                              )
15 |                                                           )
  | *April Froehlich, et al. v. Pfizer Inc, et al.*           )
16 | (06-6117 CRB)                                             )

Come now all the Plaintiffs in the above-entitled actions and Defendants, by and through

the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby

stipulate to the dismissal of these actions **with prejudice** as to all plaintiffs named therein with

each side bearing its own attorneys' fees and costs.

-5-

EASTW2581180.1

DATED: 10 - 29 , 2009          By: _____

**WEITZ & LUXENBERG, PC**
700 Broadway
New York, New York 10003
Telephone: 212-558-5000
Facsimile: 212-344-5461

*Attorneys for Plaintiffs*

DATED: Nov. 2 , 2009          By: _____

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: NOV 1 3 2009          _____
                             Hon. Charles R. Breyer
                             United States District Court

-6-